BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
TIMOTHY R. BOLIN
Special Assistant United States Attorney
California State Bar No. 259511

    333 Market Street, Suite 1500
    San Francisco, California 94105-2102
    Telephone: (415) 977-8982
    Facsimile: (415) 744-0134
    Email: timothy.bolin@ssa.gov

Attorneys for Defendant
Michael J. Astrue, Commissioner of Social Security

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SARAMENTO DIVISION**

| | |
|---|---|
| SEAN JAMES,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:09-cv-01922-KJN<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

    THE PARTIES HEREBY STIPULATE, through their undersigned attorneys and with the approval of the Court, that Defendant has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new hearing and decision.

    Upon remand, the Office of Disability Adjudication and Review will remand this case to an Administrative Law Judge (ALJ) and direct him or her to update the record regarding the severity of Plaintiff's impairments, especially with regard to Plaintiff's Hirschsprung's disease

-1-

1   and irritable bowel syndrome, and re-evaluate Plaintiff's residual functional capacity and
2   whether Plaintiff can return to his past relevant work, in accordance with Social Security
3   regulations and rulings. If warranted, the ALJ will obtain supplemental vocational expert
4   testimony at step five of the sequential evaluation.

5

6   Dated: March 5, 2010               By:      /s/ Andrew Koenig*
                                                ANDREW KOENIG
7                                               *By email authorization

8                                               Attorney for Plaintiff

9

10  Dated: March 5, 2010                        BENJAMIN B. WAGNER
                                                United States Attorney
11

12                                              LUCILLE GONZALES MEIS
                                                Regional Chief Counsel, Region IX
13

14                                      By:     /s/ Timothy R. Bolin
                                                TIMOTHY R. BOLIN
15                                              Special Assistant United States Attorney
                                                Attorneys for Defendant
16

17  **THE COURT APPROVES THE FOREGOING STIPULATION AND SO ORDERS.**

18  Dated: March 8, 2010

19

20
                                 /s/  Kendall J. Newman
21                               KENDALL J. NEWMAN
                                 UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28